1  Nathaniel L. Dilger (Bar No. 196203)
   ndilger@onellp.com
2  Peter R. Afrasiabi (Bar No. 193336)
   pafrasiabi@onellp.com
3  George B. Tihin, Esq. (Bar No. 259629)
   gtihin@onellp.com
4  **ONE LLP**
   4000 MacArthur Boulevard
5  West Tower, Suite 1100
   Newport Beach, California 92660
6  Telephone:  (949) 502-2870
   Facsimile:   (949) 258-5081
7
   Attorneys for Plaintiff Network Signatures, Inc.
8

**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| Network Signatures, Inc., | Case No. SACV 09-196 AG (RNBx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE: DISMISSAL** |
| Ford Motor Company. a Delaware corporation | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

26  ///
27  ///
28  ///
    17612.1

**[PROPOSED] ORDER RE: DISMISSAL**

1     IT IS SO ORDERED:

2     All claims or causes of action asserted in this suit between Plaintiff, Network Signatures, Inc. and Defendant, Ford Motor Company, are hereby dismissed with prejudice.

4     It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: November 03, 2010

*[signature]*

Hon. Andrew Guilford
United States District Judge

17612.1

**[PROPOSED] ORDER RE: DISMISSAL**